**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RALPH ALLEN DICKERSON, | ) | 3:08-cv-00188-HDM (VPC) |
| Petitioner, | ) | |
| vs. | ) | ORDER |
| FEDERAL BUREAU OF INVESTIGATION, Sacramento, California Division and San Francisco, California Division. | ) | |
| Respondent. | ) | |

Petitioner Ralph Allen Dickerson has filed with the court what appears to be an application for a writ of mandamus requesting the court to compel the Federal Bureau of Investigations to pursue an investigation into certain allegations made by the petitioner. (Docket 1). Under 28 U.S.C. § 1361, district courts have original jurisdiction over any mandamus action to compel an agency of the United States to perform a duty owed to a complainant. However, mandamus actions are subject to the venue requirements of 28 U.S.C. § 1391(e), which states in relevant part:

> A civil action in which a defendant is . . . an agency of the United States . . . may, except as otherwise provided by law, be brought in any judicial district in which (1) a defendant in the action resides, (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial

1

> part of property that is the subject of the action is situated, or (3) the plaintiff resides if no real property is involved in the action.

It appears that none of the venue requirements of 28 U.S.C. § 1391(e) are met by the allegations and facts presented in plaintiff's filings with the court.  First, the defendants named are divisions of the Federal Bureau of Investigations located in California, not Nevada.  Second, none of the events or omissions mentioned by plaintiff in his filings take place in the district of Nevada.  The court notes plaintiff's lone reference to the Federal Public Defender's office in Reno in his application for a writ (docket 1), but concludes this does not amount to a "substantial part" of the events giving rise to the claim, which the statute requires.  Third, it appears from plaintiff's filings that he is a resident of California.

For these reasons, the court dismisses this action for lack of venue without prejudice to be filed in the appropriate judicial district.

**IT IS SO ORDERED.**

DATED: This 23rd day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

2